IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CASEY SCHULTZ,                                08-CV-1095-BR

       Plaintiff,

                                  ORDER

v.

A & C TRUCKING I, LLC, a
Washington limited liability
company, and Alan R. Henning,

       Defendants.


CASEY SCHULTZ
2320 E. Baseline Road
Suite 148-161
Phoenix, AZ 84042-6951

       Plaintiff *Pro Se*

TYSON L. CALVERT
Lindsay Hart Neil & Weigler LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201
(503) 226-7677

       Attorneys for Defendants

1 - OPINION AND ORDER

**BROWN, Judge.**

The parties were scheduled for a trial to the Court on December 27, 2010, but Plaintiff Casey Schultz failed to appear for trial.  The Court held a hearing in lieu of beginning trial in which Plaintiff appeared by telephone.  Plaintiff informed the Court that on December 23, 2010, the commercial truck he was driving broke down in or near Phoenix, Arizona, and required repairs.  Plaintiff stated he had difficulty getting the needed repairs because of the holiday, and he could not abandon the truck because he was required to stay with the load that he was delivering to the Los Angeles, California, area.  The Court construed Plaintiff's statement as an oral Motion to Continue the trial date.

Defendants objected to Plaintiff's Motion and sought verification of Plaintiff's stated grounds for missing trial and Plaintiff's stated residence in California.  By Order (#65) issued on December 27, 2010, the Court granted Plaintiff's Motion and reset the trial for March 9, 2011, on condition that (1) Plaintiff provide Defendants no later than the close of business on December 30, 2010, "documentation, including a copy of the bill of lading, confirming the existence of the represented load, and . . . a copy of [Plaintiff's] driver's license showing his place of residence" and (2) Plaintiff pay the costs Defendants incurred in preparation for trial that it would have to incur

2 - OPINION AND ORDER

again to be prepared for trial in March.  The Court permitted

Defendants to file any objection to Plaintiff's showing no later

than January 14, 2011.

On December 30, 2010, Plaintiff sent Defendants a copy of

his driver's license.  As proof of Plaintiff's load on his truck,

he also sent Defendants a scanned Bill of Lading.  On January 13,

2011, Defendants filed a Response (#66) to Plaintiff's Submission

of Documents in which they object to Plaintiff's proof on the

grounds that it was untimely and is insufficient to verify

Plaintiff's statements.  Defendants request the Court to deny

Plaintiff's Motion to Continue.  Plaintiff filed his Response

(#70) on January 27, 2011, in which he includes additional proof

of his residence and of the load on his truck on December 23,

2010.

The Court has carefully reviewed Defendants' objections and

Plaintiff's documentation submitted in support of his Motion to

Continue.  On this record, the Court finds Plaintiff has timely

provided sufficient evidence to show that he is a California

resident;  that he had a load on December 23, 2010, when his

truck broke down; and that he had difficulty repairing his truck

due to the timing of his breakdown.  Thus, Plaintiff has provided

sufficient evidence to satisfy the Court that Plaintiff had a

valid excuse for missing trial.

Accordingly, the Court **GRANTS** Plaintiff's oral Motion to

3 - OPINION AND ORDER

Continue made at the hearing on December 27, 2010.  The Court has
already advised Plaintiff on the record and by Order of
December 27, 2010, that this will be the final continuance of the
trial date.  Trial is set for March 9, 2011, at 9:00 a.m. in
Courtroom 14A in Portland, Oregon.

IT IS SO ORDERED.

DATED this 4th day of February, 2011.


/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

4 - OPINION AND ORDER