IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CASEY SCHULTZ, | 08-CV-1095-BR |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| A & C TRUCKING I, LLC, a Washington limited liability company, and ALAN R. HENNING, | |
| Defendants. | |

CASEY SCHULTZ
2320 E. Baseline Road
Suite 148-161
Phoenix, AZ 84042-6951

    Plaintiff, *Pro Se*

TYSON L. CALVERT
Lindsay Hart Neil & Weigler LLP
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201
(503) 226-7677

    Attorneys for Defendants

1  -  JUDGMENT

**BROWN, Judge.**

This matter was tried to the Court on March 9-10, 2011, and the Court issued Findings of Fact, Conclusions of Law, and Verdict (#76) on March 23, 2011. Based on that Verdict, Judgment is entered in favor of Plaintiff and against Defendant A & C Trucking I, LLC, as to Plaintiff's First Claim for Breach of Contract in the amount of $1,186.50 plus statutory interest from the date of entry of Judgment at the rate of .23% and in favor of Defendant Alan R. Henning and against Plaintiff as to Plaintiff's Second Claim for the personal liability of Defendant Henning.

IT IS SO ORDERED.

DATED this 28th day of April, 2011.

_____
ANNA J. BROWN
United States District Judge